Jeffrey B. Maltzman, CA Bar No. 131758
MALTZMAN & PARTNERS, P.A.
55 Miracle Mile, Suite 300
Coral Gables, FL 33134
Telephone: (305) 779-5665
jeffreym@maltzmanpartners.com

Attorney for Defendant, PRINCESS CRUISE LINES, LTD., et al.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE (K.S.),<br><br>Plaintiff,<br><br>vs.<br><br>PRINCESS CRUISE LINES, LTD., a corporation for profit,<br><br>Defendants. | CASE NO.: 2:23-CV-01485-SVW (MRWx)<br><br>**DEFENDANT PRINCESS CRUISE LINES, LTD.'S NOTICE OF MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**<br><br>Date: August 28, 2023<br>Time: 1:30 p.m.<br>Judge: Hon. Stephen V. Wilson<br>Courtroom: 10A<br><br>Magistrate: Hon. Michael R. Wilner<br>Filed: 2/28/2023 |

**TO: PLAINTIFF JANE DOE (K.S.) AND TO PLAINTIFF'S COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on August 28, 2023 at 1:30 p.m., before Judge Stephen V. Wilson in Courtroom 10A of the United States District Court, Central District of California, located at 350 West 1st Street, Los Angeles, California, Defendant PRINCESS CRUISE LINES, LTD., will move this Court for an Order dismissing Plaintiff's Amended Complaint and Demand for Jury Trial (DE 12) for Failure to State a Claim, pursuant to *Federal Rule of Civil Procedure*

12(b)(6).

    This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on June 14, 2023.

    This motion is based on this Notice, the supporting Memorandum of Points and Authorities filed concurrently herewith, and the pleadings and records on file within the Court.

DATED: July 7, 2023        MALTZMAN & PARTNERS

                                    By:   *s/ Jeffrey B. Maltzman*
                                               Jeffrey B. Maltzman
                                               *Attorney for Defendant,*
                                               *Princess Cruise Lines Ltd., et al.*

MALTZMAN & PARTNERS
55 Miracle Mile, Suite 300
Coral Gables, FL 33134
Telephone: (305) 779-5665