# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| JANE DOE (K.S.), Plaintiff, vs. PRINCESS CRUISE LINES, LTD., a corporation for profit, Defendants. | CASE NO.: 2:23-CV-01485-SVW (MRWx) **[PROPOSED] ORDER GRANTING DEFENDANT PRINCESS CRUISE LINES, LTD.'S NOTICE OF MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT** Date: August 28, 2023 Time: 1:30 p.m. Judge: Hon. Stephen V. Wilson Courtroom: 10A Magistrate: Hon. Michael R. Wilner Filed: 2/28/2023 |
|---|---|

The Court is in receipt of Defendant's Motion to Dismiss Plaintiff's Amended Complaint.

**IT IS HEREBY ORDERED**:

Defendant's Motion to Dismiss is granted without leave to amend. Plaintiff's Complaint is dismissed with prejudice

DATED: _____

_____
THE HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

1