Carol Lynn Finklehoffe. CA Bar No. 220309
LIPCON MARGULIES & WINKLEMAN
2800 Ponce de Leon Blvd Suite 1480
Coral Gables, Florida 33134
Tel: 305-373-3016
Fax: 305-373-6204
Email: cfinklehoffe@lipcon.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE (K.S.), <br><br> Plaintiff, <br><br> vs. <br><br> PRINCESS CRUISE LINES, LTD., a corporation for profit, <br><br> Defendant. | CASE NO.: 23-cv-01485-SVW-MRW <br><br> **NOTICE OF SETTLEMENT** |

## JOINT NOTICE OF SETTLEMENT

Pursuant to Local Rule 16-15.7, JANE DOE (K.S.), and Defendant PRINCESS CRUISE LINES, LTD., by and through their respective counsel, herein give notice to the Court that all the claims in this matter have been settled. The parties anticipate having all settlement documents finalized shortly and will file a Stipulation to Dismiss within the next ninety (90) days.

| | |
|---|---|
| Dated: Thursday, July 13, 2023 | **LIPCON MARGULIES & WINKLEMAN, P.A.** |
| | By: /s/ *Carol L. Finklehoffe* <br> CAROL L. FINKLEHOFFE <br> *Attorney for Plaintiffs* |
| Dated: Thursday, July 13, 2023 | **MALTZMAN & PARTNERS** |
| | By: */s/ Jeffrey B. Maltzman* <br> JEFFREY B. MALTZMAN <br> TERESA C. SENIOR <br> *Attorneys for Defendant PRINCESS CRUISE LINES, LTD* |

## **ATTESTATION**

Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the content of this filing and have authorized this filing.

By: */s/ Carol L. Finklehoffe*
Carol L. Finklehoffe
*Counsel for Plaintiff*